**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL TORRES GUEVARA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN OF FEDERAL DETENTION CENTER PHILADELPHIA, MICHAEL ROSE, Acting Director of Philadelphia Field Office, U.S. Immigration and Customs Enforcement, SECRETARY MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, TODD BLANCHE, Attorney General of the United States, in their official capacities** | : | **NO. 26-7077** |

**ORDER**

**NOW**, this 22nd day of September, 2026, upon consideration of petitioner Daniel Torres Guevara's Petition for Writ of Habeas Corpus (Doc. No. 1) and the government's response, it is **ORDERED** that the petition is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The government shall release Torres Guevara from custody immediately and certify compliance with this order by filing proof of his release on the docket no later than **10:00 P.M. E.T.** on **September 22, 2026**.

2. If Torres Guevara has not yet been transported back to the Philadelphia FDC when he is released from custody, the government shall provide him transportation back to Philadelphia if he requests it.[1]

TIMOTHY J. SAVAGE, J.

---

[1] Yesterday, we ordered that Torres Guevara be transferred back to the Philadelphia FDC after he was transferred to the Moshannon Valley ICE Processing Center in violation of our prior order. *See* Order dated Sept. 21, 2026, ECF No. 6. Neither party has yet confirmed whether Torres Guevara has returned to Philadelphia.